# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

PAUL R. CROFT,

                Plaintiff,

v.

NATIONAL BEDDING COMPANY D/B/A
SERTA MATTRESS COMPANY,

                Defendant.

CIVIL ACTION NO.  04-11487-RWZ

## NOTICE OF APPEARANCE

Kindly enter the appearance of Daniel B. Klein of Seyfarth Shaw LLP, Two Seaport Lane, Suite 300, Boston, MA 02110, as counsel for the Defendant in connection with the above-captioned action.

Respectfully submitted,

DEFENDANT,

NATIONAL BEDDING COMPANY
D/B/A SERTA MATTRESS COMPANY,

By its attorneys,


  /s/ Daniel B. Klein
Daniel B. Klein (BBO No. 638059)
SEYFARTH SHAW LLP
Two Seaport Lane, Suite 300
Boston, MA 02210
(617) 946-4800

Dated:  July 16, 2004

## **CERTIFICATE OF SERVICE**

I, Daniel B. Klein, hereby certify that I served the foregoing Notice of Appearance by first-class mail upon counsel of record for the Plaintiff on July 16, 2004.

               __/s/ Daniel B. Klein_____
               Daniel B. Klein

2