# UNITED STATES DISTRICT COURT

Eastern District of Massachusetts

Paul R. Croft

V.

National Bedding Company d/b/a
Serta Mattress Company

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 04-11487-RWZ

**04 CV 11487 RWZ**

TO: (Name and address of Defendant)

Daniel B. Klein
Seyfarth Shaw LLP
World Trade Center East
Two Seaport Lane, Suite 300
Boton, MA 02210-2028

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Laura R. Studen
Nancy A. Newark
Burns & Levinson LLP
125 Summer Street
Boston, MA 02110

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

DATE  6-30-04

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
            Date            Signature of Server

_____
Address of Server

Service accepted on behalf of Defendant

*[signature]*

Daniel B. Klein    7/22/04

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.