UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PAUL R. CROFT,<br><br>      Plaintiff,<br><br>v.<br><br>NATIONAL BEDDING COMPANY *D/B/A*<br>SERTA MATTRESS COMPANY,<br><br>      Defendant. | Civil Action No. 04-11487-RWZ |

## DEFENDANT'S LOCAL RULE 16.1 CERTIFICATION

Pursuant to Local Rule 16.1, the Defendant, National Bedding Company *d/b/a* Serta Mattress Company, and its counsel hereby certify that they have conferred:

(a) with a view to establishing a budget for the cost of conducting the full course - and various alternative courses - of this litigation; and

(b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

DEFENDANT
NATIONAL BEDDING COMPANY *D/B/A* SERTA MATTRESS COMPANY

By _____  10/4/04
 Julia Guiney, Vice President of Human Resources  DATE

By _____  10/4/04
Daniel B. Klein  DATE
SEYFARTH SHAW LLP
Two Seaport Lane, Suite 300
Boston, MA 02210
(617) 946-4800

## CERTIFICATE OF SERVICE

    I, Daniel B. Klein, hereby certify that on this 4th day of October, 2004, a true copy of the foregoing document was served by regular U.S. mail, postage prepaid, to Plaintiff's Counsel, Nancy A. Newark, Esq., Burns & Levinson LLP, 125 Summer Street, Boston, MA 02110.

_____
Daniel B. Klein