# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

_____

| | |
|---|---|
| PAUL R. CROFT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )    Civil Action No. 04-11487-RWZ |
| | ) |
| NATIONAL BEDDING COMPANY *D/B/A* | ) |
| SERTA MATTRESS COMPANY, | ) |
| | ) |
| Defendant. | ) |

_____

## DEFENDANT'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the Defendant, National

Bedding Company *d/b/a* Serta Mattress Company ("Defendant"), hereby states that it has no

parent corporation and that no publicly held corporation owns ten percent or more of its stock.

Respectfully submitted,

DEFENDANT
NATIONAL BEDDING COMPANY *D/B/A*
SERTA MATTRESS COMPANY,

By___/s/ Daniel B. Klein_____
One of Its Attorneys

Daniel B. Klein, Esq.
SEYFARTH SHAW LLP
Two Seaport Lane, Suite 300
Boston, MA 02210
(617) 946-4800

Dated: October 4, 2004

## CERTIFICATE OF SERVICE

I, Daniel B. Klein, hereby certify that on this 4th day of October, 2004, a true copy of the foregoing document was served by regular U.S. mail, postage prepaid, to Plaintiff's Counsel, Nancy A. Newark, Esq., Burns & Levinson LLP, 125 Summer Street, Boston, MA 02110.

   /s/ Daniel B. Klein_____
Daniel B. Klein

2