UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PAUL R. CROFT,<br>*Plaintiff,*<br><br>v.<br><br>NATIONAL BEDDING COMPANY D/B/A<br>SERTA MATTRESS COMPANY,<br>*Defendant.* | CIVIL ACTION NO. 04CV-11487-RWZ |

### RULE 16.1 (d)(3) CERTIFICATION

The undersigned hereby certifies that he has conferred with respect to the above matter (a) with a view to establishing a budget for the costs of conducting the full course – and various alternative courses – of the litigation; and (b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in LR 16.4.

Respectfully submitted,
By his attorneys

*Nancy A. Newark*
Laura R. Studen, BBO #483690
Nancy A. Newark, BBO #635320
Burns & Levinson LLP
125 Summer Street
Boston, Massachusetts 02110
Telephone: (617) 345-3000
Facsimile: (617) 345-3299

Dated: October 4, 2004

J:\Docs\24315\00001\00870114.DOC