UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PAUL R. CROFT,<br><br>                Plaintiff,<br><br>v.<br><br>NATIONAL BEDDING COMPANY *D/B/A*<br>SERTA MATTRESS COMPANY,<br><br>                Defendant. | )<br>)<br>)<br>)<br>)   Civil Action No. 04-11487-RWZ<br>)<br>)<br>)<br>)<br>) |

## DEFENDANT'S LOCAL RULE 7.1(A)(2) CERTIFICATION

Pursuant to Local Rule 7.1(A)(2), I, Daniel B. Klein, Counsel for the Defendant, National Bedding Company *d/b/a* Serta Mattress Company ("Defendant"), in the above-captioned action, hereby certify that Plaintiff's Counsel, Nancy Newark, and I conferred by multiple substantive, telephone voice-messages on Wednesday, March 23, 2005.  Through these telephone voice-messages, we attempted in good faith to resolve or narrow the issues raised by Defendant's Motion For Leave To File Amended Answer to Plaintiff's Complaint, filed on Friday, March 25, 2005, but were unable to resolve or narrow the issues.

                                                      Respectfully submitted,

                                                      DEFENDANT
                                                      NATIONAL BEDDING COMPANY *D/B/A*
                                                        SERTA MATTRESS COMPANY,


                                                      By\_\_\_/s/ Daniel B. Klein_____
                                                          One of Its Attorneys

Daniel B. Klein  (BBO #638059)
SEYFARTH SHAW LLP
Two Seaport Lane, Suite 300
Boston, MA 02210
(617) 946-4800
Dated: March 28, 2005

2

## CERTIFICATE OF SERVICE

    I, Daniel B. Klein, hereby certify that on this 28th day of March, 2005, a true copy of the foregoing document was served by regular U.S. mail, postage prepaid, to Plaintiff's Counsel, Nancy A. Newark, Esq., Burns & Levinson LLP, 125 Summer Street, Boston, MA 02110.

                                                                                       /s/ Daniel B. Klein_____
                                                                                       Daniel B. Klein

BO1 15705881.1