UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| PAUL R. CROFT, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 04-11487-RWZ |
| NATIONAL BEDDING COMPANY *D/B/A* SERTA MATTRESS COMPANY, | ) ) ) ) | |
| Defendant. | ) ) | |

**JOINT MOTION FOR 30-DAY EXTENSION
OF SUMMARY JUDGMENT SCHEDULE**

Pursuant to the Court's instructions during the May 11, 2005 Scheduling Conference, the Plaintiff, Paul R. Croft ("Plaintiff"), and the Defendant, National Bedding Company *d/b/a* Serta Mattress Company ("Defendant"), hereby jointly request that the Court extend by thirty (30) days each of the respective briefing deadlines and the date for oral argument of Defendant's Motion for Summary Judgment. The grounds for this request are that the parties were unable to schedule the mediation of the above-captioned matter until July 28, 2005. The parties provide, more specifically, as follows.

1. During the May 11, 2005 Scheduling Conference in this matter, the Court scheduled the deadlines for briefing and the date for oral argument of Defendant's anticipated Motion for Summary Judgment as follows:

    August 1, 2005:     Defendant's Motion for Summary Judgment;
    September 2, 2005:  Plaintiff's Opposition;
    September 9, 2005:  Defendant's Reply Brief; and
    September 14, 2005: Oral Argument Hearing.

2. As indicated to the Court, the parties have agreed to mediate this case before a private mediator. The parties have agreed to mediate this matter in an effort to hopefully avoid incurring the fees and costs of summary judgment and trial.

3. Due to scheduling conflicts among the parties, the mediator and counsel, the parties were unable to schedule the mediation sooner than July 28, 2005.

4. Accordingly, Defendant's Motion for Summary Judgment currently is due only two business days after the mediation. Defendant, therefore, would be forced to prepare its summary judgment papers prior to the mediation. Such fees and costs would undermine the purpose of the mediation and the likelihood of its success in resolving the case.

5. A thirty-day extension of the summary judgment deadlines and date for oral argument would provide each party a reasonable period of time to prepare their respective summary judgment papers without undermining their mediation efforts or unduly delaying the litigation of this matter.

6. The parties have not requested any prior extensions of time.

7. No party will be prejudiced by the granting of this Joint Motion.

WHEREFORE, the parties respectfully request that the Court extend the respective summary judgment briefing deadlines and the oral argument date by thirty days.

Jointly and respectfully submitted,

| | |
|---|---|
| PLAINTIFF, | DEFENDANT, |
| PAUL R. CROFT | NATIONAL BEDDING COMPANY *D/B/A* SERTA MATTRESS COMPANY |
| By his attorney, | By its attorneys, |
| /s/ Nancy A. Newark | /s/ Daniel B. Klein |
| Laura R. Studen | Daniel B. Klein |
| Nancy A. Newark | SEYFARTH SHAW LLP |
| Burns & Levinson LLP | Two Seaport Lane, Suite 300 |
| 125 Summer Street | Boston, MA 02210 |
| Boston, MA 02110 | 617-946-4800 |
| 617-345-3000 | |

Dated: June 10, 2005

## CERTIFICATE OF SERVICE

I, Daniel B. Klein, hereby certify that on this 10th day of June, 2005, a true copy of the foregoing document was mailed, postage prepaid, to Nancy A. Newark, Esq., Burns & Levinson LLP, 125 Summer Street, Boston, MA 02110, Counsel for Plaintiff.

    /s/ Daniel B. Klein
    Daniel B. Klein