UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PAUL R. CROFT,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>NATIONAL BEDDING COMPANY *D/B/A*<br>SERTA MATTRESS COMPANY,<br><br>　　　　　　Defendant. | Civil Action No. 04-11487-RWZ |

**EMERGENCY MOTION FOR 14-DAY EXTENSION
OF SUMMARY JUDGMENT SCHEDULE**

The Defendant, National Bedding Company *d/b/a* Serta Mattress Company ("Defendant"), hereby respectfully requests that the Court extend by fourteen (14) days each of the respective briefing deadlines and the date for oral argument of Defendant's Motion for Summary Judgment. The grounds for this emergency request are that Defendant's counsel has been tending to a family medical crisis for the last two weeks, which is continuing, as described more fully below. Defendant provides as follows.

1.　　　The parties engaged in a full-day mediation on July 28, 2005, but they were unable to reach a resolution. The parties were unable to schedule the mediation sooner than July 28, 2005 due to scheduling conflicts among the parties, the mediator and counsel.

2.　　　Based on the delayed date of the mediation, the Parties submitted a Joint Motion for 30-Day Extension of the Summary Judgment Schedule on June 10, 2005, which the Court subsequently allowed. Accordingly, the current summary judgment schedule is as follows:

　　　　　August 31, 2005:　　Defendant's Motion for Summary Judgment;
　　　　　October 2, 2005:　　Plaintiff's Opposition;

      October 9, 2005:     Defendant's Reply Brief; and

      October 19, 2005:    Oral Argument Hearing.

3.    Defendant's counsel, Daniel Klein, has been unable to commence his preparation of Defendant's summary judgment papers due to a family medical crisis over the last weeks. His wife is six months pregnant with a chronic respiratory disease, and the pregnancy has exacerbated her condition. She has been hospitalized for approximately two weeks and continues to be. Consequently, Defense counsel has spent most of his time at the hospital with his wife.

4.    Defendant, therefore, respectfully requests an extension of at least one week, but, preferably, two weeks of the August 31 summary judgment deadline.

5.    A fourteen-day extension of the summary judgment deadlines and date for oral argument would not prejudice Plaintiff, nor would it unduly delay the litigation of this matter.

6.    Plaintiff's counsel has assented to this request.

WHEREFORE, Defendant respectfully requests that the Court extend the respective summary judgment briefing deadlines and the oral argument date by fourteen days.

                              Respectfully submitted,

                              DEFENDANT,
                              NATIONAL BEDDING COMPANY *D/B/A*
                              SERTA MATTRESS COMPANY

                              By its attorneys,

                              /s/ Daniel B. Klein
                              Daniel B. Klein
                              SEYFARTH SHAW LLP
                              Two Seaport Lane, Suite 300
                              Boston, MA 02210

Dated: August 25, 2005         617-946-4800

## CERTIFICATE OF SERVICE

I, Daniel B. Klein, hereby certify that on this 25th day of August, 2005, a true copy of the foregoing document was mailed, postage prepaid, to Nancy A. Newark, Esq., Burns & Levinson LLP, 125 Summer Street, Boston, MA 02110, Counsel for Plaintiff.

/s/ Daniel B. Klein
Daniel B. Klein

BO1 15733172.1