## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| PAUL R. CROFT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 04-11487-RWZ |
| ) | |
| NATIONAL BEDDING COMPANY *D/B/A* ) | |
| SERTA MATTRESS COMPANY, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## **DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, the Defendant, National Bedding Company *d/b/a* Serta Mattress Company ("Serta," "Defendant" or the "Company"), hereby respectfully moves for summary judgment on all of the claims asserted against Defendant in the Complaint filed in the above-captioned action by the Plaintiff, Paul Croft ("Croft" or "Plaintiff"), because there are no genuine issues of material fact and Defendant is entitled to judgment as a matter of law.

For the reasons set forth in Defendant's Memorandum of Law in Support of Defendant's Motion for Summary Judgment, submitted herewith, the Court must dismiss Plaintiff's Complaint in its entirety.

## REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(D), Defendant respectfully requests oral argument concerning this Motion because it will assist the Court in its consideration of this Motion.

Respectfully submitted,

DEFENDANT,
NATIONAL BEDDING COMPANY *D/B/A*
SERTA MATTRESS COMPANY

By its attorneys,

 /s/ Daniel B. Klein
Daniel B. Klein
SEYFARTH SHAW LLP
Two Seaport Lane, Suite 300
Boston, MA 02210

Dated: September 16, 2005          617-946-4800

## CERTIFICATE OF SERVICE

I, Daniel B. Klein, hereby certify that on this 16th day of September, 2005, a true copy of the foregoing document was served electronically and by overnight mail to Laura R. Studen, Esq., Burns & Levinson LLP, 125 Summer Street, Boston, MA 02110, Counsel for Plaintiff.

 /s/ Daniel B. Klein
Daniel B. Klein