# EXHIBIT B

**Lane Altman & Owens LLP**

*Counsellors at Law*

101 Federal Street
Boston, Massachusetts
02110

Telephone
617 345-9800

Telefax
617 345-0400

Reference

December 20, 2000

Attorney Clarissa Cerda
Sonnenschein Nath & Rosenthal
8000 Sears Tower
Chicago, IL 60606-6404

Re: **National Bedding Company and
Kevin L. Toman, Jeremiah J. Reardon, and Paul Croft**

Dear Attorney Cerda:

I am addressing this letter to you as counsel for National Bedding Company. If either you or your firm no longer represents National Bedding, please immediately forward this letter to successor counsel and/or relevant parties.

As you may recall, I represented Messrs. Toman, Reardon, and Croft (the "Executives") with respect to their respective Employment Agreements (the "Agreements") with National Bedding Company (the "Company"), each executed on or about June 23, 1999.

Pursuant to the terms of the Agreements, the Company was to employ the Executives for a two-year term commencing on June 23, 2000 ("the date hereof") and expiring on June 22, 2001. Under the terms of paragraph twelve of the Agreements, the Executives may terminate their employment with the Company effective after the Designated Term (i.e., June 22, 2001) upon giving written notice to the Company six months prior to the end of the Designated Terms (i.e., December 21, 2000). In accordance with these terms, consider this letter notice to the Company that Messrs. Toman, Reardon, and Croft intend to terminate their employment effective June 22, 2001.

Under the terms of the Agreement, and specifically with reference to paragraph six, the Company is obligated to pay to the Executives an amount equal to twice the amount of their respective Annual Salaries in effect at the time of the termination (the "Additional Payment") in exchange for the Executive's continuing adherence to the Covenants Against Competition (attached to each Agreement as Exhibit A) for an additional period of one year commencing on the date of termination. The Covenant, therefore, runs until June 21, 2002. The Additional Payment shall be payable to each Executive over a two-year period in accordance with the payroll policies of the Company, less such deductions as the Company is required to withhold under applicable law and regulations.

Although this letter gives timely notice of intention to terminate pursuant to the provisions of the Agreement, Messrs. Toman, Reardon, and Croft are willing to discuss

## Lane Altman & Owens LLP

*Counsellors at Law*

Attorney Clarissa Cerda
December 20, 2000
Page 2

and negotiate the terms of a new Agreement which extends the terms of their employment substantially under the same terms and conditions as the existing Agreements. The substantive changes which the Executives would seek in a new Agreement relate largely to the calculation of bonuses and annual performance bonus awards and to the conditions under which the Executives may terminate and be terminated in the future.

Without reviewing the history of the events which have taken place since the existing Agreements were executed, please note the Executives have become insecure with regard to the intention of the Company to deal with them fairly and equitably, particularly as they consider themselves successful as a team. The Executives are not willing to remain in the employ of the Company if the Company intends to continue with one of them without consideration to the others. In lay terms, they intend that their employment with the Company continue, or not, together. To accomplish this goal, the Company would simply have to agree to an amendment to the Agreement which provides that if one of the Executives is terminated, for any reason or at any time, or wishes to give notice of termination, the others will also be given the option of termination, with similar termination conditions and benefits to follow.

I look forward to discussing this matter with the appropriate agent or National Bedding Company. Please contact me at your earliest convenience.

Respectfully,

Laura R. Studen

LRS/ls

cc:   Mr. Kevin L. Toman
      Mr. Jeremiah J. Reardon
      Mr. Paul Croft

LSTUDEN\59903\002611.192886_1