# EXHIBIT C

Contract Length – Thru Dec. 31, 2004


Salary Increases – 5% per year

Bonus – Up to 50% of Salary

    Year 2001 – Max out at 10% Profit

    Year 2002 and beyond – Same as 2001 if profit is less than 10%.
                  Maximum becomes 1 point higher if
                  profits exceed 10%.

If employee quits –
    No non-compete
    No severance

If terminated – Contract dates remain in effect regarding salaries and non-competes.