# EXHIBIT G

---

**From:** Guiney, Julia
**Sent:** Tuesday, January 30, 2001 4:11 PM
**To:** Vockrodt, Perry
**Subject:** Revised Management Salary Increase Notices

Perry:
Attached is a file containing revised 2/1/01 salary increase notices for Paul Croft and Jeremiah Reardon.

Please review, print, keep a file copy for the personnel files and provide an original confidentially to Paul and Jeremiah. These were approved by Bob Sherman, and I believe Bob had already discussed with them.

Please let me know if you have any questions.
Julie
<<revised mgt memos.doc>>

SERTA 028

# Memo

**Date:** 01/05/2001                                   *Revised*

**To:**   Jeremiah Reardon            Boston

**From:** Julie Guiney, Human Resources Manager

**RE:**   2001 Rate Increase

---

This memo is to notify you of scheduled changes to your current rate of pay with National Bedding Company.

      Current annualized salary:   $200,000

      New annualized salary:       $212,000

Your 2001 salary change is scheduled to go into effect on February 1, 2001 and should be reflected in your 02/15/2001 payroll check.

As a matter of information, 2001 salaries were determined by taking several factors into consideration including: the current inflation rate; date of last pay increase; review of internal and external salaries for similar positions; department and plant budgets; and performance-related issues.

Please contact your supervisor or manager if you have any questions regarding this memo.

Interoffice Memo

# Memo

**Date:** 01/05/2001          *Revised*

**To:**   Paul Croft           Boston

**From:** Julie Guiney, Human Resources Manager

**RE:**   2001 Rate Increase

---

This memo is to notify you of scheduled changes to your current rate of pay with National Bedding Company.

      Current annualized salary:   $200,000

      New annualized salary:       $212,000

Your 2001 salary change is scheduled to go into effect on February 1, 2001 and should be reflected in your 02/15/2001 payroll check.

As a matter of information, 2001 salaries were determined by taking several factors into consideration including: the current inflation rate; date of last pay increase; review of internal and external salaries for similar positions; department and plant budgets; and performance-related issues.

Please contact your supervisor or manager if you have any questions regarding this memo.

Confidential

SERTA 030