**EXHIBIT J**

# Memo

**To:** Paul Croft    Boston
**From:** Bob Sherman
**CC:** J. Polark, J. Patel, T. Wenholzl
**Date:** April 11, 2001
**Re:** 2001 Bonus

---

Your bonus for 2001 is based on operating income.

The maximum bonus for all managers will continue to be 33% of your 2001 salary with a vice president's maximum bonus up to 50% of salary.

Your management team's bonus will be **2%** of the **first 2 million** of the Plant's operating income. All managers will share the bonus equally.

Every dollar **over two million** in profit, your bonus share will be **6.18%** of that dollar.

**In order to earn any bonus, Plant operating income must be greater than 1.7 million.**

You will also be eligible to participate in the President's Club Celebration.

In order to qualify for the 2001 bonus program, you must be employed by the Company in your current position as of December 31, 2001. There shall be not partial or prorated bonuses paid due to changes in responsibility or leaving the Company for any reason.

Please    call    me    if    you    have    any    questions    regarding    this    memo.

● Page 1

B&L 103