## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| PAUL R. CROFT,         ) | |
|                                ) | |
|         Plaintiff,          ) | |
|                                ) | |
| v.                            ) | Civil Action No. 04-11487-RWZ |
|                                ) | |
| NATIONAL BEDDING COMPANY *D/B/A* ) | |
| SERTA MATTRESS COMPANY,   ) | |
|                                ) | |
|         Defendant.       ) | |

## DEFENDANT'S LOCAL RULE 7.1(A)(2) CERTIFICATION

Pursuant to Local Rule 7.1(A)(2), I, Daniel B. Klein, Counsel for the Defendant in the above-captioned action, National Bedding Company *d/b/a* Serta Mattress Company ("Defendant"), hereby certify that Plaintiff's Counsel, Nancy Newark, and I conferred by telephone on September 15, 2005 concerning Defendant's Motion for Summary Judgment. During this telephone conference, we attempted in good faith to resolve or narrow the issues raised by Defendant's Motion, but were unable to do so.

        Respectfully submitted,

        DEFENDANT,
        NATIONAL BEDDING COMPANY *D/B/A*
        SERTA MATTRESS COMPANY

        By its attorneys,


        /s/ Daniel B. Klein
        Daniel B. Klein
        SEYFARTH SHAW LLP
        Two Seaport Lane, Suite 300
        Boston, MA 02210

Dated: September 16, 2005        617-946-4800

2

**CERTIFICATE OF SERVICE**

    I, Daniel B. Klein, hereby certify that on this 16th day of September, 2005, a true copy of the foregoing document was served electronically and by overnight mail to Laura R. Studen, Esq., Burns & Levinson LLP, 125 Summer Street, Boston, MA 02110, Counsel for Plaintiff.

                                                          /s/ Daniel B. Klein
                                                         Daniel B. Klein