UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| PAUL R. CROFT,<br><br>    Plaintiff,<br><br>v.<br><br>NATIONAL BEDDING COMPANY D/B/A<br>SERTA MATTRESS COMPANY,<br><br>    Defendant. | CIVIL ACTION NO.<br>04CV-11487-RWZ |

### AFFIDAVIT OF NANCY A. NEWARK ACCOMPANYING PLAINTIFF'S OPPOSITION TO DEFENDANT NATIONAL BEDDING COMPANY D/B/A SERTA MATTRESS COMPANY'S MOTION FOR SUMMARY JUDGMENT

I, Nancy A. Newark, on oath do hereby depose and state as follows:

1. I am counsel for the Plaintiff, Paul R. Croft, in the above entitled matter and make this affidavit on my own personal knowledge.

2. Attached hereto are accurate copies of the portions of the following documents cited in *Plaintiff's Opposition to Defendant National Bedding Company d/b/a Serta Mattress Company's Motion for Summary Judgment*:

| | |
|---|---|
| Exhibit A | Original Letter Employment Agreement of Paul R. Croft |
| Exhibit B | December 20, 2000 Letter from Laura Studen to Clarissa Cerda |
| Exhibit C | December 19, 2000 Memo from Robert Sherman to Burt Kaplan and Richard Kaplan |
| Exhibit D | September 19, 2001 Separation Notice |
| Exhibit E | February 5, 2001 Memo Evidencing Modification of Original Employment Agreement |

J:\Docs\24315\00001\00963223.DOC

| | |
|---|---|
| Exhibit F | February 5, 2001 Memo Facsimile Copy with Facsimile Identifier Evidencing Modification of Original Employment Agreement |
| Exhibit G | Deposition of Paul R. Croft |
| Exhibit H | Deposition of Robert Sherman |
| Exhibit I | Deposition of Julia Guiney |
| Exhibit J | Defendant's Response to Plaintiff's First Set of Interrogatories |
| Exhibit K | Original Letter Employment Agreement of Jeremiah Reardon |
| Exhibit L | Deposition of Jeremiah Reardon |
| Exhibit M | Memos regarding salary increases of Paul R. Croft |
| Exhibit N | Memos regarding bonus structure of Jeremiah Reardon |
| Exhibit O | Handwritten Memo from Robert Sherman to Julia Guiney regarding proposal of new offer |
| Exhibit P | Employment Acknowledgment Form of Paul R. Croft referencing Employment Agreement |

Signed under the penalties of perjury, this 13th day of October, 2005.

_Nancy A. Newark_
Nancy A. Newark

**CERTIFICATE OF SERVICE**
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail-hand on 10/14/05
_Nancy A. Newark_