UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

PAUL R. CROFT
                Plaintiff

    V.                                   CIVIL ACTION

NATIONAL BEDDING CO.         NO. 04CV11487-RWZ
                Defendant

### JUDGMENT

ZOBEL, D. J.

In accordance with the MEMORANDUM OF DECISION entered 6/20/06;

JUDGMENT is entered for DEFENDANTS.

                                                            By the Court,

6/20/06                                          s/ Lisa A. Urso
Date                                             Deputy Clerk