# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| PAUL R. CROFT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 04-11487-RWZ |
| | ) | |
| NATIONAL BEDDING COMPANY *D/B/A* | ) | |
| SERTA MATTRESS COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## DEFENDANT'S MOTION FOR ATTORNEY'S FEES
## AND RELATED NON-TAXABLE EXPENSES

Pursuant to Rule 54(d)(2) of the Federal Rules of Civil Procedure, the Defendant, National Bedding Company *d/b/a* Serta Mattress Company ("Defendant"), hereby respectfully moves for the allowance of its attorney's fees and related non-taxable expenses in the above-captioned action.

The Court entered Judgment for Defendant on all claims on June 20, 2006.  Pursuant to a contractual provision between Defendant and the Plaintiff, Paul Croft ("Plaintiff"), the successful party in any court action to enforce Plaintiff's employment agreement with Defendant, or to prevent any breach thereof, is "entitled to be reimbursed by the other party for all costs and expenses incurred thereby, including, but not limited to, reasonable fees and expenses of attorneys…"  This contractual provision further provides that "[i]f such successful party shall recover judgment in any such action or proceeding, such costs, expenses and fees may be included in and as part of such judgment."

From the date when Plaintiff filed the Complaint through the date of the Court's Judgment, Serta incurred attorney's fees in this action totaling $123,140.75 and costs totaling $7,837.35.  *See* Affidavit of Daniel B. Klein, Esq., submitted contemporaneously herewith.

For the reasons more fully set forth in Defendant's Memorandum of Law in Support of Defendant's Motion for Attorney's Fees and Related Non-Taxable Expenses, submitted contemporaneously herewith, the Court should grant Defendant's Motion and allow Defendant to recover $123,140.75 in attorney's fees, in addition to the $7,837.35 in costs to which Defendant is entitled as of course.

## REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(D), Defendant respectfully requests oral argument concerning this Motion because it will assist the Court in its consideration of this Motion.

Respectfully submitted,

DEFENDANT,
NATIONAL BEDDING COMPANY *D/B/A*
SERTA MATTRESS COMPANY

By its attorneys,


 /s/  Daniel B. Klein
Daniel B. Klein
SEYFARTH SHAW LLP
Two Seaport Lane, Suite 300
Boston, MA 02210
Dated: July 5, 2006          617-946-4800

## <u>CERTIFICATE OF SERVICE</u>

    I, Daniel B. Klein, hereby certify that on this 5th day of July, 2006, a true copy of the foregoing document was served by electronic means and regular U.S. mail, postage prepaid, to Nancy Newark, Esq., Burns & Levinson LLP, 125 Summer Street, Boston, MA 02110, Counsel for Plaintiff.

                      _/s/  Daniel B. Klein_____
                      Daniel B. Klein

BO1 15788508.1