UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PAUL R. CROFT,<br><br>    Plaintiff,<br><br>v.<br><br>NATIONAL BEDDING COMPANY *D/B/A*<br>SERTA MATTRESS COMPANY,<br><br>    Defendant. | Civil Action No. 04-11487-RWZ |

## AFFIDAVIT OF DANIEL B. KLEIN, ESQ.
## IN SUPPORT OF DEFENDANT'S MOTION FOR ATTORNEY'S FEES
## AND RELATED NON-TAXABLE EXPENSES

I, Daniel B. Klein, depose and state as follows:

1. I am a partner in the law firm of Seyfarth Shaw LLP, and I have represented the Defendant, National Bedding Company *d/b/a* Serta Mattress Company ("Serta," "Defendant" or the "Company"), in the above-captioned action since the commencement of this action. I am familiar with the billing practices of Seyfarth Shaw in general and specifically with respect to the costs and fees incurred by Serta in this action.

2. Because Serta is the prevailing party on all claims in this action, it is entitled to an award of its taxable costs incurred in this litigation pursuant to Rule 54(d)(1) of the Federal Rules of Civil Procedure.

3. Because Section 18 of the employment agreement between Plaintiff and Serta, dated June 23, 1999, entitles the "successful party" in any action to enforce the agreement to recover all of its costs and expenses, including, without limiting, its reasonable attorneys' fees

and expenses, Serta is further entitled to recover its attorney's fees and related non-taxable expenses pursuant to Rule 54(d)(2) of the Federal Rules of Civil Procedure.

4. Accordingly, I make this Affidavit in support of Defendant's motion for attorney's fees and related non-taxable expenses, as well as Defendant's request for taxable costs as of course.

5. From the date when the Plaintiff, Paul Croft ("Plaintiff"), filed the Complaint in this action, June 29, 2004, through the date of the Court's Judgment, June 20, 2006, Serta incurred attorney's fees in this action totaling $123,140.75 and costs totaling $7,837.35 arising from the legal services expended on Serta's behalf by Seyfarth Shaw during this period. I base these figures upon my own personal knowledge and upon time and billing records that are maintained by Seyfarth Shaw in the usual course of business, as to which I am competent to testify.

6. All of these fees and costs were reasonably incurred in defending Serta against the claims asserted by Plaintiff in this action.

7. The $7,837.35 in total costs is comprised of: (i) taxable costs, including without limitation, costs for stenographic transcripts of depositions taken, and costs for printing and copying of paper necessarily obtained for use in this litigation; and (ii) related non-taxable expenses, including without limitation, facsimile fees, online legal research fees, messenger and overnight delivery fees, parking fees for depositions, and private mediation fees.

Signed under the pains and penalties of perjury this 5th day of July, 2006.

_____
Daniel B. Klein, Esq.

2

## CERTIFICATE OF SERVICE

    I, Daniel B. Klein, hereby certify that on this 5th day of July, 2006, a true copy of the foregoing document was served by electronic means and regular U.S. mail, postage prepaid, to Nancy Newark, Esq., Burns & Levinson LLP, 125 Summer Street, Boston, MA 02110, Counsel for Plaintiff.

                                                            Daniel B. Klein

BO1 15788604.1