# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| PAUL R. CROFT,<br><br>        Plaintiff,<br><br>v.<br><br>NATIONAL BEDDING COMPANY *D/B/A*<br>SERTA MATTRESS COMPANY,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)   Civil Action No. 04-11487-RWZ<br>)<br>)<br>)<br>)<br>)<br>) |

## DEFENDANT'S LOCAL RULE 7.1(A)(2) CERTIFICATION

Pursuant to Local Rule 7.1(A)(2), I, Daniel B. Klein, Counsel for the Defendant in the above-captioned action, National Bedding Company *d/b/a* Serta Mattress Company ("Defendant"), hereby certify that Plaintiff's Counsel, Nancy Newark, and I conferred by telephone on July 5, 2006 concerning Defendant's Motion for Attorney's Fees and Related Non-Taxable Expenses. During this telephone conference, we attempted in good faith to resolve or narrow the issues raised by Defendant's Motion, but were unable to do so.

                              Respectfully submitted,

                              DEFENDANT,
                              NATIONAL BEDDING COMPANY *D/B/A*
                              SERTA MATTRESS COMPANY

                              By its attorneys,


                              /s/ Daniel B. Klein
                              Daniel B. Klein
                              SEYFARTH SHAW LLP
                              Two Seaport Lane, Suite 300
                              Boston, MA 02210
Dated: July 5, 2006                 617-946-4800

2

**CERTIFICATE OF SERVICE**

     I, Daniel B. Klein, hereby certify that on this 5th day of July, 2006, a true copy of the foregoing document was served by electronic means and regular U.S. mail, postage prepaid, to Nancy Newark, Esq., Burns & Levinson LLP, 125 Summer Street, Boston, MA 02110, Counsel for Plaintiff.

                                                                             /s/  Daniel B. Klein  
                                                                           Daniel B. Klein