UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| PAUL R. CROFT,<br>          *Plaintiff,*<br><br>v.<br><br>NATIONAL BEDDING COMPANY<br>D/B/A<br>SERTA MATTRESS COMPANY,<br>          *Defendant.* | )<br>)<br>)<br>)<br>)<br>)<br>) CIVIL ACTION NO. 04CV-11487-RWZ<br>)<br>)<br>)<br>) |

**PAUL R. CROFT'S NOTICE OF APPEAL TO THE
UNITED STATES COURT OF APPEALS FOR THE FIRST**

Notice is hereby given that plaintiff Paul R. Croft hereby appeals to the United States Court of Appeals for the First Circuit from the following:

the Court's order, entered on June 30, 2006, granting defendant National Bedding Company's motion for summary judgment; and

any other orders underlying the granting defendant National Bedding Company's motion for summary judgment.

Pursuant to the Electronic Case Filing Administrative Procedures for the U.S. District Court for the District of Massachusetts, Croft will submit within 24 hours its check in the amount of $455.00.

Respectfully submitted,

PAUL R. CROFT.
By its attorneys,

/s/ Nancy A. Newark
Laura R. Studen, BBO # 483690
Nancy A. Newark, BBO #635320
BURNS & LEVINSON LLP
125 Summer Street
Boston, MA  02110
(617) 345-3000

Date:   July 19, 2006

## CERTIFICATE OF SERVICE

I, Nancy A. Newark, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on July 19, 2006.

/s/ Nancy A. Newark
_____
Nancy A. Newark