UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PAUL R. CROFT,<br><br>     Plaintiff,<br><br>v.<br><br>NATIONAL BEDDING COMPANY D/B/A<br>SERTA MATTRESS COMPANY,<br><br>     Defendant. | )<br>)<br>)<br>)<br>)<br>)  CIVIL ACTION NO.<br>)  04CV-11487-RWZ<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFF'S MOTION TO STAY DEFENDANT'S MOTION FOR ATTORNEY'S FEES AND RELATED NON-TAXABLE EXPENSES IN LIGHT OF PLAINTIFF'S <u>PENDING APPEAL IN THE FIRST CIRCUIT COURT OF APPEALS</u>**

NOW COMES Plaintiff, Paul R. Croft ("Plaintiff"), and moves this Court for a stay of *Defendant National Bedding Company D/B/A Serta Mattress Company's Motion for Attorney's Fees and Related Non-Taxable Expenses*. The Plaintiff has filed his *Notice of Appeal* and, therefore, this case has not been resolved. A ruling on the attorney's fees and non-taxable expenses issue should be resolved when final judgment is entered. Plaintiff, therefore, requests that the Court stay *Defendant National Bedding Company d/b/a Serta Mattress Company's Motion for Attorney's Fees and Related Non-Taxable Expenses* pending appeal. In further support of his motion, Plaintiff submits *Plaintiff's Memorandum of Law in Support of his Motion to Stay Defendant's Motion for Attorney's Fees and Related Non-Taxable Expenses in Light of Plaintiff's Pending Appeal in the First Circuit Court of Appeals,* filed herewith.

Respectfully submitted,<br>
By his attorneys<br><br>

/s/ Nancy A. Newark<br>
Laura R. Studen, BBO #483690<br>
Nancy A. Newark, BBO#635320<br>
Burns & Levinson LLP<br>
125 Summer Street<br>
Boston, Massachusetts 02110<br>
Telephone: (617) 345-3000<br>
Facsimile: (617) 345-3299

Dated: July 19, 2006

## CERTIFICATE OF FILING AND SERVICE

I, Nancy A. Newark, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on July 19, 2006.

/s/ Nancy A. Newark
_____
Nancy A. Newark