UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| PAUL R. CROFT,<br><br>    Plaintiff,<br><br>v.<br><br>NATIONAL BEDDING COMPANY D/B/A<br>SERTA MATTRESS COMPANY,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>) CIVIL ACTION NO.<br>) 04CV-11487-RWZ<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFF'S MEMORANDUM IN SUPPORT OF HIS MOTION TO STAY
DEFENDANT'S MOTION FOR ATTORNEY'S FEES AND RELATED NON-TAXABLE
EXPENSES IN LIGHT OF PLAINTIFF'S
<u>PENDING APPEAL IN THE FIRST CIRCUIT COURT OF APPEALS</u>**

In support of its *Motion to Stay Defendant National Bedding Company d/b/a Serta Mattress Company's Motion for Attorney's Fees and Related Non-Taxable Expenses*, Plaintiff, Paul R. Croft ("Plaintiff"), hereby submits this *Memorandum in Support of Its Motion to Stay Defendant National Bedding Company d/b/a Serta Mattress Company's Motion for Attorney's Fees and Related Non-Taxable Expenses*.

Defendant, National Bedding Company d/b/a Serta Mattress Company, submitted its *Motion for Attorney's Fees and Costs and Related Non-Taxable Expenses* pursuant to a contractual provision between Defendant and Plaintiff which provides that the "successful party" in any court action to enforce Plaintiff's Employment Agreement with Defendant is entitled to be reimbursed by the other party for all costs and expenses incurred thereby. Today, July 19, 2006, Plaintiff has filed his *Notice of Appeal* of the court's June 20, 2006 order granting Defendant's motion for summary judgment. Therefore, as the matter is not resolved, Defendant is not a

"successful party." Plaintiff requests the Court refrain from ruling on this motion until such time as the "successful party" is determined and final.

In an effort to avoid duplicate litigation and conserve resources, courts consider judicial economy, convenience and efficiency when determining the appropriateness of a motion to stay. See Neptune v. McCarthy, 706 F. Supp. 958, 963 (D. Mass. 1989); see also Spencer Furniture, Inc. v. Media Arts Group, Inc., 349 F. Supp. 2d 49, 54 (D. Mass. 2003). In light of the pending appeal, it is not efficient or sensible to rule on the motion for attorney's fees when final judgment has not yet been issued. To expend limited resources to determine attorney's fees in this matter pending an appeal is contrary to judicial economy.

WHEREFORE, Plaintiff Paul R. Croft requests that the Court stay *Defendant National Bedding Company D/B/A Serta Mattress Company's Motion for Attorney's Fees and Related Non-Taxable Expenses* pending Plaintiff's appeal in the First Circuit Court of Appeals.

Respectfully submitted,
By his attorneys

/s/ Nancy A. Newark
Laura R. Studen, BBO #483690
Nancy A. Newark, BBO#635320
Burns & Levinson LLP
125 Summer Street
Boston, Massachusetts 02110
Telephone: (617) 345-3000
Dated: July 19, 2006                Facsimile: (617) 345-3299

3

## CERTIFICATE OF FILING AND SERVICE

   I, Nancy A. Newark, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on July 19, 2006.

              /s/ Nancy A. Newark
              _____
              Nancy A. Newark