APPEAL, STAY

# United States District Court
## District of Massachusetts (Boston)
## CIVIL DOCKET FOR CASE #: 1:04-cv-11487-RWZ

Croft v. National Bedding Company
Assigned to: Judge Rya W. Zobel
Demand: $1,000
Cause: 28:1332 Diversity-Contract Dispute

Date Filed: 06/30/2004
Jury Demand: Plaintiff
Nature of Suit: 190 Contract: Other
Jurisdiction: Diversity

**Plaintiff**

**Paul R. Croft**     represented by     **Laura R. Studen**
Burns & Levinson
125 Summer Street
Boston, MA 02110
617-345-3000
Fax: 617-345-3299
Email: LStuden@burnslev.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Nancy A. Newark**
Burns & Levinson LLP
125 Summer Street
Boston, MA 02110
617-345-3000
Fax: 617-345-3299
Email: nnewark@burnslev.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**National Bedding Company**     represented by     **Beth T. Golub**
*doing business as*
Serta Mattress Company
Seyfarth, Shaw, Fairweather & Geraldson
55 East Monroe Street
Suite 4200

Chicago, IL 60603
312-346-8000
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Daniel B. Klein**
Seyfarth Shaw, LLP
Two Seaport Lane
Suite 300
Boston, MA 02210
617-946-4800
Fax: 617-946-4801
Email: dklein@seyfarth.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/30/2004 | | Summons Issued as to National Bedding Company. (Johnson, Jay) (Entered: 07/01/2004) |
| 06/30/2004 | | If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Alexander. (Johnson, Jay) (Entered: 07/01/2004) |
| 07/01/2004 | 1 | COMPLAINT Filing fee: $ 150, receipt number 56981, filed by Paul R. Croft.(Johnson, Jay) (Entered: 07/01/2004) |
| 07/16/2004 | 2 | NOTICE of Appearance by Daniel B. Klein on behalf of National Bedding Company (Klein, Daniel) (Entered: 07/16/2004) |
| 08/06/2004 | 3 | *Defendant's* ANSWER to Complaint by National Bedding Company.(Klein, Daniel) (Entered: 08/06/2004) |
| 08/09/2004 | | NOTICE of Scheduling Conference Scheduling Conference set for 9/8/2004 02:30 PM in Courtroom 12 before Judge Rya W. Zobel. (Urso, Lisa) (Entered: 08/09/2004) |
| 09/03/2004 | | Set/Reset Hearings: Scheduling Conference reset for 10/7/2004 03:00 PM in Courtroom 12 before Judge Rya W. Zobel. (Urso, Lisa) (Entered: 09/03/2004) |
| 09/23/2004 | 4 | JOINT STATEMENT of counsel *Pursuant To Local Rule 16.1 (D)*. (Klein, Daniel) (Entered: 09/23/2004) |

| | | |
|---|---|---|
| 09/23/2004 | 5 | SUMMONS Returned Executed National Bedding Company served on 7/22/2004, answer due 8/11/2004. (Johnson, Jay) (Entered: 09/24/2004) |
| 10/04/2004 | 6 | CERTIFICATION pursuant to Local Rule 16.1 by National Bedding Company.(Klein, Daniel) (Entered: 10/04/2004) |
| 10/04/2004 | 7 | CORPORATE DISCLOSURE STATEMENT by National Bedding Company. (Klein, Daniel) (Entered: 10/04/2004) |
| 10/05/2004 | 8 | CERTIFICATION pursuant to Local Rule 16.1 by Paul R. Croft.(Johnson, Jay) (Entered: 10/06/2004) |
| 10/06/2004 | | NOTICE OF RESCHEDULING Scheduling Conference reset for 10/19/2004 03:00 PM in Courtroom 12 before Judge Rya W. Zobel. (Urso, Lisa) (Entered: 10/06/2004) |
| 10/19/2004 | | electronic Clerk's Notes for proceedings held before Judge Rya W. Zobel : Scheduling Conference held on 10/19/2004. Discovery due by 4/29/2005. Scheduling Conference set for 5/11/2005 02:00 PM in Courtroom 12 before Judge Rya W. Zobel. (Urso, Lisa) (Entered: 10/20/2004) |
| 03/25/2005 | 9 | MOTION for Leave to File *Amended Answer to Plaintiff's Complaint* by National Bedding Company. (Attachments: # 1) (Klein, Daniel) (Entered: 03/25/2005) |
| 03/25/2005 | 10 | MEMORANDUM in Support re 9 MOTION for Leave to File *Amended Answer to Plaintiff's Complaint* filed by National Bedding Company. (Klein, Daniel) (Entered: 03/25/2005) |
| 03/28/2005 | 11 | CERTIFICATE OF CONSULTATION re 9 MOTION for Leave to File *Amended Answer to Plaintiff's Complaint*, 10 Memorandum in Support of Motion by Daniel B. Klein on behalf of National Bedding Company. (Klein, Daniel) (Entered: 03/28/2005) |
| 04/07/2005 | 12 | Opposition re 9 MOTION for Leave to File *Amended Answer to Plaintiff's Complaint* filed by Paul R. Croft. (Johnson, Jay) (Entered: 04/07/2005) |
| 04/07/2005 | 13 | AFFIDAVIT of Nancy A. Newark in Support re 12 Opposition to Motion for leave to file amended answer. (Johnson, Jay) (Entered: 04/07/2005) |
| 04/11/2005 | | Judge Rya W. Zobel : electronicORDER entered granting 9 Motion for Leave to File amended answer. (Urso, Lisa) (Entered: 04/11/2005) |

| | | |
|---|---|---|
| 04/11/2005 | 14 | AMENDED ANSWER to by National Bedding Company. (Urso, Lisa) (Entered: 04/11/2005) |
| 05/11/2005 | | Electronic Clerk's Notes for proceedings held before Judge Rya W. Zobel : Further Scheduling Conference held on 5/11/2005; motions for summary judgment 8/1/05; oppositions 9/2/05; reply of 3 pages 9/9/05; hearing set for 9/14/05 at 2:00 p.m. Parties to let court know re; mediation. (Urso, Lisa) (Entered: 05/13/2005) |
| 06/10/2005 | 15 | Joint MOTION for Extension of Time to 09/01/05 to Extend Summary Judgment Schedule by National Bedding Company. (Klein, Daniel) (Entered: 06/10/2005) |
| 06/15/2005 | | Judge Rya W. Zobel : endorsedORDER entered granting 15 Motion for Extension of Time. Hearing rescheduled to 10/19/05 at 2:00 p.m. (Urso, Lisa) (Entered: 06/16/2005) |
| 08/25/2005 | 16 | Emergency MOTION for Extension of Time to September 14, 2005 to Extend Summary Judgment Schedule by National Bedding Company.(Klein, Daniel) (Entered: 08/25/2005) |
| 08/26/2005 | | Judge Rya W. Zobel : Electronic ORDER entered granting 16 Motion for Extension of Time. Motions by 9/14/05; oppositions 10/14/05; reply 10/21/05; hearing rescheduled to 11/2/05 at 3:00 p.m. (Urso, Lisa) (Entered: 08/26/2005) |
| 09/16/2005 | 17 | MOTION for Summary Judgment by National Bedding Company.(Klein, Daniel) (Entered: 09/16/2005) |
| 09/16/2005 | 18 | MEMORANDUM in Support re 17 MOTION for Summary Judgment filed by National Bedding Company. (Attachments: # 1 Appendix)(Klein, Daniel) (Entered: 09/16/2005) |
| 09/16/2005 | 19 | STATEMENT of facts *(Defendant's Statement of Undisputed Material Facts)*. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E# 6 Exhibit F# 7 Exhibit G# 8 Exhibit H# 9 Exhibit I# 10 Exhibit J)(Klein, Daniel) (Entered: 09/16/2005) |
| 09/16/2005 | 20 | CERTIFICATE OF CONSULTATION *(Defendant's Local Rule 7.1(A)(2) Certification)* by Daniel B. Klein on behalf of National Bedding Company, National Bedding Company by on behalf of National Bedding Company, National Bedding Company.(Klein, Daniel) (Entered: 09/16/2005) |
| 10/14/2005 | 21 | Opposition re 17 MOTION for Summary Judgment filed by |

|  |  |  |
|---|---|---|
|  |  | Paul R. Croft. (Johnson, Jay) (Entered: 10/17/2005) |
| 10/14/2005 | 22 | AFFIDAVIT of Nancy A. Newark re 21 Opposition to Motion. w/attached unscanned exhibits a-p) (Johnson, Jay) (Entered: 10/17/2005) |
| 10/14/2005 | 33 | PLAINTIFF's STATEMENT of facts. (Johnson, Jay) (Entered: 07/21/2006) |
| 10/21/2005 | 23 | REPLY to Response to Motion re 17 MOTION for Summary Judgment *(Defendant's Reply To Plaintiff's Opposition To Defendant's Motion For Summary Judgment)* filed by National Bedding Company. (Attachments: # 1 Exhibit 1)(Klein, Daniel) (Entered: 10/21/2005) |
| 11/02/2005 |  | electronicClerk's Notes for proceedings held before Judge Rya W. Zobel : Motion Hearing held on 11/2/2005 re 17 MOTION for Summary Judgment filed by National Bedding Company,. Judge hears parties and take the motion under advisement!!! (Court Reporter catherine Handel.) (Urso, Lisa) (Entered: 11/02/2005) |
| 06/20/2006 | 24 | Judge Rya W. Zobel : Memorandum of DecisionORDER entered granting 17 Motion for Summary Judgment. Judgment may be entered for defendant. (Urso, Lisa). (Entered: 06/20/2006) |
| 06/20/2006 | 25 | Judge Rya W. Zobel : ORDER entered. JUDGMENT in favor of DEFENDANTS.(Urso, Lisa) (Entered: 06/20/2006) |
| 07/05/2006 | 26 | MOTION for Attorney Fees *And Related Non-Taxable Expenses* by National Bedding Company.(Klein, Daniel) (Entered: 07/05/2006) |
| 07/05/2006 | 27 | MEMORANDUM in Support re 26 MOTION for Attorney Fees *And Related Non-Taxable Expenses* filed by National Bedding Company. (Attachments: # 1 Exhibit A)(Klein, Daniel) (Entered: 07/05/2006) |
| 07/05/2006 | 28 | AFFIDAVIT in Support *Of Defendant's Motion For Attorney's Fees And Related Non-Taxable Expenses*. (Klein, Daniel) (Entered: 07/05/2006) |
| 07/05/2006 | 29 | CERTIFICATE OF CONSULTATION re 26 MOTION for Attorney Fees *And Related Non-Taxable Expenses (Defendant's Local Rule 7.1(A)(2) Certification)* by Daniel B. Klein on behalf of National Bedding Company. (Klein, Daniel) |

| | | |
|---|---|---|
| | | (Entered: 07/05/2006) |
| 07/19/2006 | 30 | NOTICE OF APPEAL by Paul R. Croft. $ 455 NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 8/8/2006. (Newark, Nancy) (Entered: 07/19/2006) |
| 07/19/2006 | 31 | MOTION to Stay *Defendant's Motion for Attorney's Fees and Related Non-Taxable Expenses in Light of Plaintiff's Pending Appeal in the First Circuit Court of Appeals* by Paul R. Croft. (Newark, Nancy) (Entered: 07/19/2006) |
| 07/19/2006 | 32 | MEMORANDUM in Support re 31 MOTION to Stay *Defendant's Motion for Attorney's Fees and Related Non-Taxable Expenses in Light of Plaintiff's Pending Appeal in the First Circuit Court of Appeals* filed by Paul R. Croft. (Newark, Nancy) (Entered: 07/19/2006) |
| 07/19/2006 | | Filing fee: $ 455, receipt number 73858 for 30 Notice of Appeal, (Johnson, Jay) (Entered: 07/21/2006) |
| 07/24/2006 | | Judge Rya W. Zobel : endorsedORDER entered granting 31 Motion to Stay defendant's motion for attorney's fees pending Appeal in the First Circuit COA. (Urso, Lisa) (Entered: 07/24/2006) |
| 07/25/2006 | 34 | TRANSCRIPT of Motion for Summary Judgment Hearing held on November 2, 2005 before Judge Zobel. Court Reporter: Catherine A. Handel. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter at 617/261-0555 or the Clerk's Office. (Scalfani, Deborah) (Entered: 07/25/2006) |