## UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT

Case name __Paul R. Croft v. National Bedding Co.__
District Court Case No. __04CV11487-RWZ__          District of __Massachusetts__
Date Notice of Appeal filed __July 19, 2006__     Court of Appeals Case No. __06-2128__
Form filed on behalf of __Paul R. Croft__

### TRANSCRIPT REPORT

Transcript Not Necessary for this Appeal _____
Transcript Already Filed in District Court. List each transcript by docket entry number and date and type of proceeding (attach separate page if necessary) __Docket Entry 34 filed 7/25/06, Transcript of Motion for Summary Judgment Hearing__

### TRANSCRIPT ORDER

Name of Court Reporter __Catherine Handel__
Phone Number of Reporter __(617) 261-0555__

A.  __X__  This constitutes an order of the transcript of the following proceedings [check appropriate box(es) and indicate dates of hearing(s)]:

PROCEEDING(S)                                 HEARING DATE(S)

- ☐ Jury Voir Dire
- ☐ Opening Statement (plaintiff)
- ☐ Opening Statement (defendant)
- ☐ Trial
- ☐ Closing Argument (plaintiff)
- ☐ Closing Argument (defendant)
- ☐ Findings of Fact/Conclusions of Law
- ☐ Jury Instructions
- ☐ Change of Plea
- ☐ Sentencing
- ☐ Bail hearing
- ☐ Pretrial proceedings (specify) _____
- ☐ Testimony (specify) _____
- ☒ Other (specify) __Hearing on Motion for Summary Judgment dated Nov. 2, 2005__

NOTE: Any form that fails to specify in adequate detail those proceedings to be transcribed will be considered deficient.

B.  __X__  I certify that I have contacted the court reporter and the following financial arrangements for payment of the transcript have been made:

- ☒ Private funds.
- ☐ Government expense (civil case). IFP status has been granted and a motion for transcript at government expense has been allowed. (Attach a copy of the order to each copy of this order form.)
- ☐ Criminal Justice Act. A CJA Form 24 has been approved by the district court judge.
- ☐ Criminal Justice Act. A CJA Form 24 is attached for authorization by the court of appeals.
- ☐ Federal Public Defender/Government Counsel - no CJA Form 24 necessary.

Filer's name __Nancy A. Newark, Esq.__     Filer's Signature __Nancy A. Newark__
Firm/Address __Burns & Levinson, LLP, 125 Summer St., Boston, MA 02110__
Telephone number __(617) 345-3812__     Date mailed to court reporter __8/1/06__

(Court Reporter Use ONLY) Date received _____

Form CA1-10 (6/12/06)                                SEE INSTRUCTIONS ON REVERSE