# CERTIFICATE OF SERVICE

I, <u>Nancy A. Newark</u>, hereby certify that on <u>  8/1/06  </u>, I
     [name]                                                                [date]

served copies of <u>Docketing Statement, Appearance Form,</u> and Transcript Report
                            [name of document]

on the following parties by way of <u>courier</u>:
                            [U.S. mail, UPS, overnight mail, email, fax, courier, etc.]

[List name and address of each attorney\party served]

Daniel B. Klein
Seyfarth Shaw, LLP
World Trade Center East
Two Seaport Lane
Suite 300
Boston, MA 02210-2028

_8/1/06_                               _Nancy A. Newark_
Date                                          Signature