

# United States Court of Appeals
## For the First Circuit

No.   06-2128

PAUL R. CROFT

Plaintiff - Appellant

v.

NATIONAL BEDDING COMPANY, d/b/a Serta Mattress Company

Defendant - Appellee

**JUDGMENT**

Entered:  January 29, 2007
Pursuant to 1st Cir. R. 27.0(d)

By notices issued on 10/25/06, 11/28/06, and 12/21/06, appellant was notified that he was in default for failure to file an opening brief. Appellant was warned that unless he filed a brief by 1/8/07, his appeal would be dismissed for lack of diligent prosecution.

Appellant having failed to file a brief, it is hereby ordered that the above-captioned appeal be dismissed in accordance with Loc. R. 45.0(a) and 3.0(b).

**Certified and Issued as Mandate under Fed. R. App. P. 41.**

Richard Cushing Donovan, Clerk

Deputy Clerk

Date: 2/21/07

By the Court:
Richard Cushing Donovan, Clerk

MARGARET CARTER

By:_____
Margaret Carter, Chief Deputy Clerk

[ cc: Laura R. Studen, Esq., Nancy A. Newark, Esq., Beth T. Golub, Esq., Daniel B. Klein, Esq. ]