UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-11487-RWZ

PAUL R. CROFT

v.

NATIONAL BEDDING COMPANY,
d/b/a Serta Mattress Company

## ORDER

March 26, 2007

ZOBEL, D.J.

      Following the court's allowance of defendant's motion for summary judgment, defendant moved for an award of attorney's fees and non-taxable expenses pursuant to the provisions of plaintiff's employment agreement. Plaintiff filed a notice of appeal and sought a stay of the motion for costs "pending appeal" which was allowed. The Court of Appeals has now dismissed the appeal for lack of diligent prosecution, and defendant seeks a ruling on its motion for fees. Plaintiff shall file any opposition on or before April 13, 2007, and the stay is continued to that date.

| | |
|---|---|
|    March 26, 2007    |    /s/Rya W. Zobel    |
| DATE | RYA W. ZOBEL |
| | UNITED STATES DISTRICT JUDGE |