# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PAUL R. CROFT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 04-11487-RWZ |
| ) | |
| NATIONAL BEDDING COMPANY *D/B/A* ) | |
| SERTA MATTRESS COMPANY, ) | |
| ) | |
| Defendant. ) | |

## DEFENDANT NATIONAL BEDDING COMPANY *D/B/A* SERTA MATTRESS COMPANY'S WITHDRAWAL OF MOTION FOR ATTORNEY'S FEES AND RELATED NON-TAXABLE EXPENSES

Defendant National Bedding Company d/b/a Serta Mattress Company ("Defendant") hereby respectfully withdraws its Motion for Attorney's Fees and Related Non-Taxable Expenses (the "Motion") in the above-captioned action.

Pursuant to a Confidential Settlement Agreement between the Parties, Defendant has agreed to withdraw the Motion.

WHEREFORE, the Defendant respectfully withdraws its Motion for Attorney's Fees and Related Non-Taxable Expenses.

Respectfully submitted,

DEFENDANT,
NATIONAL BEDDING COMPANY *D/B/A*
SERTA MATTRESS COMPANY

By its attorneys,

 /s/ Daniel B. Klein
Daniel B. Klein
SEYFARTH SHAW LLP
Two Seaport Lane, Suite 300
Boston, MA 02210
617-946-4800

Dated: March 27, 2006

2

**CERTIFICATE OF SERVICE**

    I, Daniel B. Klein, hereby certify that on this 27th day of March, 2006, a true copy of the foregoing document was served by regular U.S. mail, postage prepaid, to Nancy Newark, Esq., Burns & Levinson LLP, 125 Summer Street, Boston, MA 02110, Counsel for Plaintiff.

                                                                                               /s/ Daniel B. Klein\_\_\_\_\_
                                                                              Daniel B. Klein

BO1 15837578.1